**Order entered October 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00641-CR

### MONTOIA ANNA TAVARES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80928-2017**

## ORDER

Before the Court is the October 19, 2018 request of court reporter Destiny Moses for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before November 26, 2018.

/s/     CRAIG STODDART
JUSTICE